IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| | CASE NO. 13-03168 ESL |
| NADJA ALEXANDRIA LUGO TORRES | Chapter 7 |
| | |
| XXX-XX-9574 | |
| | **FILED & ENTERED ON 04/08/2014** |
| Debtor(s) | |

## ORDER

The opposition to motion to set aside filed by Reliable Financial Services (docket #63) is hereby denied without prejudice to filing a motion addressing the creditor's particular needs.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 08 day of April, 2014.

*[signature]*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

c: DEBTOR(S)
    ANIBAL MEDINA RIOS
    WIGBERTO LUGO MENDER
    RELIABLE FINANCIAL SERVICES