# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 13-03168-ESL |
|---|---|
| NADJA A LUGO TORRES | CHAPTER: 7 |
| DEBTOR(S) | |

## MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** holder of a secured claim and Movant herein, through its undersigned counsel, and very respectfully to the Honorable Court, alleges and prays as follows:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle HONDA ELEMENT 2006 registered under number 3685398, executed by debtor(s) on SEPTEMBER 23, 2010.

2. Debtor(s) filed the instant bankruptcy petition under Chapter 7 on APRIL 23, 2013.

3. As of today's date debtor(s) shows **FIVE(5)** post-petition arrears on monthly installments corresponding to the months of **January through May, 2014** for a total amount of post-petition installments due of **$2,687.68.**

4. Section 707 (a)(1) of the Bankruptcy Code (11 USC Section 707 (a)(1)) provides for the dismissal of a case under Chapter 7 for "unreasonable delay by the debtor that is prejudicial to creditors".

5. Debtor's(s') non-compliance with the Bankruptcy Code requirements, is effectively causing undue harm to Movant's secured claim's holder status rights. Therefore, Movant seeks

QURMTD11.doc

the dismissal order, since its interest over the good mentioned in averment number ONE (1) is being harmed by the use of the collateral without receiving payments as entitled by the law.

**WHEREFORE**, it is respectfully requested from the Honorable Court to order the dismissal of the instant bankruptcy petition according to the aforementioned bankruptcy disposition

**NOTICE TO ALL PARTIES** is herein given to the effect that if no opposition is filed within thirty (30) from this notice the Court may enter an Order dismissing the case without further hearing.

### CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **WIGBERTO LUGO MENDER,** Trustee and **ANIBAL MEDINA RIOS,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **NADJA A LUGO TORRES, URB PARQUE DEL MONTE JJ1 CALLE YUISA CAGUAS, PR 00727** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 12th day JUNE, 2014.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QURMTD11.doc

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 13-03168-ESL |
|---|---|
| NADJA A LUGO TORRES | CHAPTER 7 |
| DEBTOR(S) | |

## MOTION SUBMITTING DECLARATION
## UNDER PENALTY OF PERJURY

Comes now, **RELIABLE FINANCIAL SERVICES,INC.**, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **Hildaris B. Burgos Muriel**, **Bankruptcy Officer** for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 12 day of JUNE, 2014.

**/S/Hildaris B. Burgos Muriel**
**Bankruptcy Officer**
P. O. Box 21382
San Juan, PR 00928-1382
Tel: (787)625-6647 Fax:(787)625-4891
hburgosm@reliablefinancial.com

QURMTDNOMI_10G.RDF
v 20111005



Last Name: <u>LUGO</u>

First Name: <u>NADJA</u>

Middle Name:

Active Duty Status As Of: <u>Jun-12-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: IAJ0G149N00CWC0

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 13-03168-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Thu Jun 12 15:17:21 AST 2014 | EMPRESAS BERRIOS FINANCIERAS<br>LUIS YAMIL RODRIGUEZ SAN MIGUEL ESQ<br>PMB 256 PO BOX 4952<br>CAGUAS, PR 00726-4952 | (p)ORIENTAL BANK AND TRUST<br>PO BOX 195115<br>SAN JUAN PR 00919-5115 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ASSISTANT US ATTORNEY<br>TORRE CHARDON STE 1201<br>350 AVE CARLOS CHARDON<br>SAN JUAN PR 00918-2124 | AT&T Mobility Puerto Rico, Inc<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A231<br>Bedminster, NJ 07921-2693 | AT&T WIRELESS<br>Acct 0055<br>PO BOX 8220<br>AURORA IL 60572-8220 |
| AT&T WIRELESS<br>Acct 0056<br>PO BOX 8220<br>AURORA IL 60572-8220 | ATTORNEY GENERAL DEPT JUSTICE<br>MAIN BLDG ROOM 5111<br>10TH AND PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530-0001 | ATTORNEY GENERAL ELA<br>COMMONWEALTH OF PUERTO RICO<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 |
| Anibal Medina Rios<br>Urb Santa Cruz<br>C-23 Calle Marginal<br>Bayamon PR 00961-6706 | BANCO BILBAO VIZCAYA<br>Acct 6470<br>PO BOX 364745<br>San Juan PR 00936-4745 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 |
| CLARO<br>Acct 0269<br>San Juan PR 00936 | CLARO<br>Acct 1454<br>San Juan PR 00936 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| E M I Equity Mortgage Inc<br>Acct 1649<br>1651 Avenue Juan Ponce de Leon<br>San Juan PR 00912 | EMI EQUITY MORTGAGE, INC<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | GE Capital Retail Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Godinez Law Offices P S C<br>Acct 1649<br>PO Box 366221<br>San Juan PR 00936-6221 | Internal Revenue Service<br>2970 Market St<br>Mail Stop 5-Q30 133<br>Philadelphia PA 19104-5002 | Lcda Marisol Gierbolini<br>Acct 6470<br>PMB 236<br>3071 Ave Alejandrino<br>Guaynabo PR 00969-4816 |
| Liberty Cablevision<br>Acct 1079<br>Ave Rafael Cordero #220<br>Caguas PR 00725-3762 | MUEBLERIAS BERRIOS<br>Acct 9702<br>PO BOX 674<br>Cidra PR 00739-0674 | NADJA ALEXANDRA LUGO TORRES<br>Urb Parque del Monte<br>JJ1 Calle Yuisa<br>Caguas PR 00727-7770 |
| Oriental Bank<br>Acct 6470<br>Ave Munoz Rivera<br>San Juan PR 00918 | RELIABLE FINANCIAL SERVICES, INC.<br>PO BOX 21382<br>SAN JUAN PR 00982-1382 | SECRETARY OF THE TREASURY ELA<br>COMMONWEALTH OF PUERTO RICO<br>PO BOX 9024190<br>SAN JUAN PR 00902 |

```
ANIBAL MEDINA RIOS                      MONSITA LECAROZ ARRIBAS                 NADJA ALEXANDRIA LUGO TORRES
ANIBAL MEDINA RIOS LAW OFFICE           OFFICE OF THE US TRUSTEE (UST)          URB PARQUE DEL MONTE
C-23 CALLE MARGINAL URB SANTA CRUZ      OCHOA BUILDING                          JJ 1 CALLE YUISA
BAYAMON, PR 00961-6706                  500 TANCA STREET   SUITE 301            CAGUAS, PR 00727-7770
                                        SAN JUAN, PR 00901


WIGBERTO LUGO MENDER                    as Service Agent for EMI EQUITY MORTGAGE, IN
LUGO MENDER & CO                        c/o WALLACE VAZQUEZ SANABRIA
CENTRO INTERNACIONAL DE MERCADEO        17 MEXICO STREET
CARR 165 TORRE 1 SUITE 501              SUITE D-1
GUAYNABO, PR 00968                      SAN JUAN, PR 00917-2202
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ORIENTAL BANK                           DEPT OF TREASURY                        (d)INTERNAL REVENUE SERVICE
ENRIQUE NASSAR RIZEK & ASSOCIATES       INTERNAL REVENUE SERVICE                SAN PATRICIO OFFICE CENTER
PO BOX 191017                           PHILADELPHIA PA   19255-0001            7 CALLE TABONUCO
SAN JUAN, PR 00919                                                              GUAYNABO PR   00968-3002


(d)INTERNAL REVENUE SERVICE             (d)ORIENTAL BANK                        End of Label Matrix
TERRITORY 5 GROUP 6 INSOLVENCY UNIT     ANGEL M VAZQUEZ BAUZA                   Mailable recipients    34
MERCANTIL PLAZA BLDG                    PO BOX 191017                           Bypassed recipients     0
2 PONCE DE LEON BLDG                    SAN JUAN PR   00919-1017                Total                  34
HATO REY PR   00918-1693
```