# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 13-03168-ESL |
| NADJA A LUGO TORRES | CHAPTER 7 |
| DEBTOR(S) | |

## MOTION IN REQUEST FOR THE ENTRY OF ORDER OF DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** holder of a secured claim and Movant herein, through the undersigned attorney and very respectfully Alleges and Prays:

1. On **June 19, 2014** Movant filed a motion requesting dismissal of the case due to the fact that debtor failed to maintain regular payments to Movant.

2. As of this date, debtor's('s) account shows **SEVEN(7)** months in arrears with the payments post-petition corresponding to the months of **JANUARY THROUGH JULY** for a total amount due of **$2,883.50**.

**WHEREFORE,** Movant respectfully prays that this Court enter an order dismissing the instant case.

### CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **WIGBERTO LUGO MENDER**, Trustee and **ANIBAL MEDINA RIOS,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **NADJA A LUGO TORRES**, **URB PARQUE DEL MONTE JJ1 CALLE YUISA CAGUAS, PR 00727** and all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico this 5th day of AUGUST, 2014.

/S/ CARLOS E. PEREZ PASTRANA
USDC-208913
Attorny for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
Tel: TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QRMTDDR._10G.RDF
v 2012.09.11